# United States Bankruptcy Court
## Northern District of Oklahoma

IN RE:

Stephen Nicolas Lynch and Gwenna Kay Lynch
                Debtor

Case No. 11-12457-M
Chapter 7
Adv. No. 14-01059-TRC

Stephen nicholas Lynch
                Plaintiff(s),

v.

Patrick J Malloy III
et al.
                Defendant(s).

## SUMMONS IN AN ADVERSARY PROCEEDING

__ERIC M DAFFERN__ is SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk |
|---|
| U.S. Bankruptcy Court |
| The Federal Building |
| 224 S. Boulder |
| Tulsa, OK 74103 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Martha L. Hyde |
| The Hyde Law Firm |
| 7854 South 69th East Ave. |
| Tulsa, OK 74133 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

December 29, 2014
Date of Issuance

MICHAEL WILLIAMS
CLERK, U.S. BANKRUPTCY COURT

## CERTIFICATE OF SERVICE

I, MARTHA L. HYDE, certify that service of this summons and a copy of the complaint was made on 12-30-14 by:

☒ Mail Service: Regular, First Class United States Mail, postage fully pre-paid, addressed to:

ERIC DAFFERN
1660 E 71st ST SUITE J
TULSA, OK 74136-5108

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

DECEMBER 30, 2014                                        Martha Hyde
_____                                        _____
       Date                                                Signature

| Print Name | MARTHA L HYDE | | |
|---|---|---|---|
| Business Address | THE HYDE LAW FIRM  7854 S. 69th E AVE | | |
| City | | State | Zip |
| TULSA | | OK | 74133 |