IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re | ) | |
| LYNCH, STEPHEN NICHOLAS, | ) | Case No. 11--M |
| LYNCH, GWENNA KAY, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| STEPHEN NICHOLAS LYNCH, | ) | Adv. Case No. 14-AP-01059-TRC |
| | ) | |
| Plaintiff/Debtor, | ) | |
| | ) | |
| v. | ) | |
| KENNETH K. KLEIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S VOLUNTARY DISMISSAL OF HIS SIXTH CAUSE OF ACTION**

Plaintiff, Stephen Nicholas Lynch hereby voluntarily dismisses his Sixth Cause of Action against Defendants Christopher Pettet and Valerie Mitchell for damages for violation of the automatic stay. Neither defendant has yet filed an answer to Plaintiff's First Amended Adversary Complaint.

Dated: January 15, 2015

*Martha Hyde*

_____
Martha L. Hyde, OBA # 31102
The Hyde Law Firm, PLLC
7854 South 69th East Avenue
Tulsa, Oklahoma 74133
Ph. (918)510-5992
Fax (918) 932-8900
marthalhyde@yahoo.com

1

**CERTIFICATE OF SERVICE**

I, Martha Lynne Hyde, do hereby certify that on January 15, 2015, a true and correct copy of the foregoing document, was filed electronically with the United States Bankruptcy Court for the Northern District of Oklahoma and that I mailed a copy of said document by first class mail, postage prepaid, to the following:

Christopher Pettet          Valerie Mitchell
12925 N. 68th W. Ave.       12925 N. 68th W. Ave.
Skiatook, OK 74070          Skiatook, OK 74070

*/s/ Martha Hyde*

_____
Martha Hyde