

Exhibit C

## IN THE DISTRICT COURT OF OSAGE COUNTY
### STATE OF OKLAHOMA

BOKF, N.A. D/B/A BANK OF OKLAHOMA, )
SUCCESSOR BY MERGER TO BANK OF )
OKLAHOMA, N.A., )
)
        Plaintiff, )
)    Case No. CJ-2012-37
vs. )
)    Judge B. David Gambill
STEPHEN NICHOLAS LYNCH a/k/a NICK )
LYNCH and GWENNA KAY LYNCH a/k/a )
GWENNA LYNCH a/k/a GWENNA KAY )
MORRISON a/k/a GWENNA KAY MORRISON )
LYNCH, Husband and Wife; )
STEPHEN NICHOLAS LYNCH a/k/a NICK )
LYNCH and GWENNA KAY LYNCH a/k/a )
GWENNA LYNCH a/k/a GWENNA KAY )
MORRISON a/k/a GWENNA KAY MORRISON )
LYNCH, NOT PERSONALLY BUT AS )
TRUSTEES ON BEHALF OF THE )
LYNCH FAMILY REVOCABLE TRUST; )
SUMMIT BANK; TOM DRUMMOND d/b/a TOM )
DRUMMOND LAW FIRM; WILLIAM G. )
GOWING; KLEINCO RESIDENTIAL )
CONSTRUCTION, LLC, an Oklahoma Limited )
Liability Company; COUNTY TREASURER FOR )
OSAGE COUNTY; BOARD OF COUNTY )
COMMISSIONERS FOR OSAGE COUNTY; )
and TENANT, if any; )
)
        Defendant(s). )

District Court, Osage County, Okla.
FILED
MAR 25 2013
By ANGIE BRUCE, Court Clerk
Deputy

### ORDER CONFIRMING SHERIFF'S SALE AND DISBURSEMENT OF FUNDS

**NOW**, on this 25th day of March, 2013, this matter comes on to be heard upon the motion of the Plaintiff in the above entitled cause for confirmation of the sale of real estate made by the Sheriff of Osage County, Oklahoma, to the purchasers, Christopher Pettet and Valerie Mitchell, on February 26, 2013, under an order of sale issued out of the Office of the Court Clerk of Osage

County, Oklahoma, said sale being of the following described real estate situated in Osage County, Oklahoma, to-wit:

> **A Tract of Land in the Southwest Quarter (SW/4) of Section Thirty-One (31), Township Twenty-Two (22) North, Range Twelve (12) East of the I.B. & M., Osage County, State of Oklahoma, and more particularly described as beginning 880 feet West of the center of the above described Section Thirty-One (31), thence 880 feet West; thence 1980 feet South; thence East 882.9 feet; thence North 1980 feet to the point of Beginning.**
>
> **The Real Property or its address is commonly known as 12925 N. 68th W. Ave., Skiatook, OK 74070.**

and the Court, having examined the proceedings herein and the proceedings of said Sheriff and his return thereof under order of sale herein, finds that due and proper notice of this hearing has been given to the judgment debtor, any holder of record of an interest in the property, and all other persons required to be notified pursuant to 12 O.S. § 765; the Court further finds that the sale proceedings have been performed and done in all respects in conformity to law; that the said bid of $346,840.00, is the highest and best bid that could be obtained, such bid being for more than two-thirds of the appraised value, said appraised value thereof being the sum of $520,000.00; and that said sale was made after due and legal notice of the time and place of sale.

The Court further conducted a judicial inquiry into Plaintiff's efforts to afford personal notice of the Sheriff's Sale to the debtor, any holder of an interest in the property, and all other parties who had an interest or estate in the property sold, and based on the evidence adduced the Court finds that Plaintiff has exercised due diligence and has given personal notice of the Sheriff's Sale to those parties who had an interest or estate in the property sold and whose actual whereabouts were known or could have been ascertained with due diligence, all in accordance with 12 O.S. § 764. The Court approves the notice of the Sheriff's Sale given herein as meeting both statutory requirements and the minimum standards of state and federal due process.

**IT IS, THEREFORE, CONSIDERED, ORDERED AND ADJUDGED** by this Court that the Clerk make an entry on the journal that the Court is satisfied with the legality of said sale.

**IT IS FURTHER HEREBY CONSIDERED, ORDERED AND ADJUDGED** by the Court that the Osage County Clerk of Court, receiver, be ordered and directed to pay the sale proceeds currently deposited with County Clerk of Court in the above styled case as follows:

- **FIRST:** The costs of said sale and the cost of said action in the amount of 1% of the sale price, up to $300.00 for a total of $300.00;

- **SECOND:** The unpaid ad valorem property taxes due and owing to the County Treasurer of Osage County, in the amount of $1,276.60, plus penalties and fees and $129.37 for the tax year 2011, plus penalties and interest for personal taxes due, for a total of $1,361.38.

- **THIRD:** The judgment awarded to Plaintiff, BOKF, N.A. d/b/a Bank of Oklahoma, successor by merger to Bank of Oklahoma, N.A., including all interest and attorney's fees as set forth herein, in the total amount of $113,906.96; made payable to BOKF, N.A. and mailed to the attention of its attorney of record, Scott F. Lehman at 10441 S. Regal Blvd., suite 200, Tulsa, OK 74133.

- **FOURTH:** The residue, if any, to be paid into this Court to await the further order of the Court or a Judge thereof.

**IT IS FURTHER HEREBY CONSIDERED, ORDERED AND ADJUDGED** by the Court that the said sale and all of the proceedings herein be, and the same is hereby, in all respects approved and confirmed; and that Ty Koch, Sheriff of Osage County, Oklahoma, make and execute to the said purchaser at said sale, Christopher Pettet and Valerie Mitchell, a good and sufficient deed for said lands and tenements.

**IT IS FURTHER ORDERED** that the said purchaser of said premises, lands and tenements at said sale, as aforesaid, be immediately let into possession of said premises, and each and every part thereof, and the Clerk of this Court is ordered to issue a writ of assistance to the Sheriff of this County, directing him to place said purchaser of said premises in full possession thereof; and the said Defendants, and each of them, and every person who has come into

3

possession of said premises, or any part thereof, under the said Defendants, or either of them, since the commencement of this action, shall, upon presentation of such writ of assistance, immediately deliver possession thereof to said purchaser; and the refusal of said Defendants, or either of them, or anyone in possession of said premises so to do shall constitute contempt of this Court.

_____
JUDGE OF THE DISTRICT COURT

APPROVED AS TO FORM:

LATHAM, WAGNER, STEELE, & LEHMAN, P.C.

_____
Scott F. Lehman, OBA No. 15908
10441 S. Regal Blvd., Suite 200
Tulsa, OK 74133
slehman@lswsl.com
Tel: (918) 970-2000
Fax: (918) 970-2002

*Attorneys for Plaintiff*

STATE OF OKLAHOMA  } ss
COUNTY OF OSAGE    }

ANGELA BRUCE, COURT CLERK, in and for Osage County, Oklahoma, do hereby certify that the above is a true, correct and complete copy of the original now on file in my office at Pawhuska, Oklahoma, as the same appears of record.

Witness my hand and official seal this 25th day of March, 2013.
ANGELA BRUCE, COURT CLERK
BY: Midge Shipp, DEPUTY

4