IN THE DISTRICT COURT IN AND FOR OSAGE COUNTY
STATE OF OKLAHOMA

District Court, Osage County, Okla.
FILED
MAR 25 2013
ANGIE BRUCE, Court Clerk
By_____ Deputy

| | |
|---|---|
| BOKF, N.A. D/B/A BANK OF OKLAHOMA, SUCCESSOR BY MERGER TO BANK OF OKLAHOMA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> STEPHEN NICHOLAS LYNCH a/k/a NICK LYNCH and GWENNA KAY LYNCH a/k/a GWENNA LYNCH a/k/a GWENNA KAY MORRISON a/k/a GWENNA KAY MORRISON LYNCH, Husband and Wife; Et. al. <br><br> Defendants, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. CJ-2012-37 <br> Judge Gambill |

## ORDER

On this 25th day of March, 2013, Kleinco Residential Construction, LLC's Application to Disburse Funds is before this Court for decision. Upon review of the file, hearing arguments from counsel, considering all the evidence and being fully advised in the premises, the Court finds and holds that said application should be and is hereby granted.

The Court finds that on February 26, 2013, the real estate located at 12925 N. 68th West Avenue, Skiatook, Oklahoma 74070 more fully described as follows:

> A Tract of Land in the Southwest Quarter (SW/4) of Section Thirty-One (31), Township Twenty-Two (22) North, Range Twelve (12) East of the I.B. & M., Osage County, State of Oklahoma, and more particularly described as beginning 880 feet West of the center of the above described Section Thirty-One (31), thence 880 fee West; thence 1980 feet South; thence East 882.9 feet; thence North 1980 feet to the point of Beginning (the "Property"),


Exhibit H

211

was sold for $346,840.00 by the Sheriff of Osage County under special execution and order of sale issued by the Plaintiff, BOKF, N.A. out of the office of the Court Clerk of Osage County, Oklahoma.

The Court further finds that Plaintiff, BOKF, N.A.'s Motion to Confirm Sheriff's Sale has been granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREEED that upon payment of the expenses of the sale, payment of the claim of the Plaintiff, BOKF, N.A. d/b/a Bank of Oklahoma, payment to the Osage County Treasurer all of the outstanding ad valorem taxes, costs and interest due at the time of the sale, the Clerk of the Court shall disburse to Kleinco Residential Construction, LLC the principal sum of $157,811.16, together with interest thereon in the amount $2,451.48 for a total of $160,262.64. The balance of the proceeds of the sale of the Property, if any, shall be held by the Clerk of this Court to await the further order of the Court.

_____
JUDGE OF THE DISTRICT COURT

Submitted By:

Eric Daffern, OBA #13419
DAFFERN LAW FIRM, PLLC
Southbridge Office Park
1719 E. 71st Street
Tulsa, OK 74136
(918) 746-7640
(918) 477-2213

And

2