IN THE DISTRICT COURT IN AND FOR OSAGE COUNTY
STATE OF OKLAHOMA

BOKF, N.A. D/B/A BANK OF OKLAHOMA, )
SUCESSOR BY MERGER TO BANK OF )
OKLAHOMA, N.A., )
)
        Plaintiff, )
)
vs. ) Case No. CJ-2012-37
) Judge Gambill
STEPHEN NICHOLAS LYNCH a/k/a NICK )
LYNCH and GWENNA KAY LYNCH a/k/a )
GWENNA LYNCH a/k/a GWENNA KAY )
MORRISON a/k/a GWENNA KAY MORRISON )
LYNCH, Husband and Wife, et al., )
)
        Defendants. )

District Court, Osage County, Okla.
FILED
APR 22 2013
ANGIE BRUCE, Court Clerk
By_____ Deputy

### DEFENDANT TRUST'S OBJECTION TO KLEINCO RESIDENTIAL CONSTRUCTION, LLC'S APPLICATION TO DISBURSE FUNDS

**COMES NOW** Defendant, the Lynch Family Revocable Trust ("Trust"), and for it's response and objection to Kleinco Residential Construction, LLC's Application to Disburse Funds, states as follows:

Defendant filed a Motion to Vacate Order Confirming Sheriff's Sale which is set for May 3, 2013 at 1:00 p.m. before this Court. Defendants object to this Application pending the results of said Motion to Vacate. The Court cannot release funds pending the outcome of this Motion and the refinancing of the Trust to redeem the homestead. Therefore Kleinco's Application to Disburse Funds is premature. In the event the Motion to Vacate is granted, Kleinco's Application will be moot.

**WHEREFORE**, premises considered, Defendant Trust prays that the Court uphold it's objection to Defendant Kleinco's Application to Disburse Funds, deny said Defendant's request to

-1-

disburse, and for such other and further relief as may in the premises be just and equitable.

                Respectfully submitted by:

                _____
                Gregory G. Meier, OBA #6122
                Angeline S. Morris, OBA #22241
                MEIER & ASSOCIATES
                1524 South Denver Avenue
                Tulsa, Oklahoma 74119-3829
                (918) 584-1212 - Voice
                (918) 584-1295 - Facsimile

## **CERTIFICATE OF MAILING**

   I hereby certify that on this 19th day of April, 2013, a true and correct copy of the above and foregoing instrument was mailed, via United States mail, postage prepaid, to:

| | |
|---|---|
| Eric Daffern<br>Daffern law Firm, PLLC<br>Southbridge Office Park<br>1719 E./ 71st Street<br>Tulsa, OK 74136 | Robert B. Sartin<br>Barrow & Grimm, P.C.<br>110 W. Seventh Street, Suite 900<br>Tulsa, OK 74119-1044 |
| Scott F. Lehman<br>Latham, Wagner, Steele & Lehman, P.C.<br>10441 S. Regal Blvd., Suite 200<br>Tulsa, OK 74133 | Gentner F. Drummond<br>Drummond Law Firm, PLLC<br>1500 S. Utica, Suite 400<br>Tulsa, OK 74104 |
| William G. Gowing<br>2413 E. Oakland St.<br>Broken Arrow, OK 74014 | R. Tom Hillis<br>Assistant District Attorney<br>P.O. Box 147<br>Pawhuska, OK 74056 |
| Ryan T. Scharnell<br>CONNER & WINTERS, LLP<br>4000 One Williams Center<br>Tulsa, OK 74172-0148 | |

                _____
                Angeline S. Morris