IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re | ) | |
| LYNCH, STEPHEN NICHOLAS, | ) | Case No. 11-12457-M |
| LYNCH, GWENNA KAY, | ) | Chapter 7 |
| | ) | |
| Debtors | ) | |
| _____ | ) | |
| STEPHEN NICHOLAS LYNCH, | ) | Adv. Case No. 14-AP-01059-TRC |
| | ) | |
| Plaintiff/Debtor, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH K. KLEIN, JUDI KLEIN; | ) | |
| KRISTIN KLEIN DAFFERN; ERIC M. | ) | |
| DAFFERN; KLEINCO RESIDENTIAL | ) | |
| CONSTRUCTION, LLC, an Oklahoma Limited | ) | |
| Liability Company; ROBERT B. SARTIN; | ) | |
| PATRICK J. MALLORY, III; C. ROBERT | ) | |
| BURTON, IV; BOKF, N.A.; SCOTT F. | ) | |
| LEHMAN; CFR, INC.; WESTPORT | ) | |
| INSURANCE CORPORATION; BRUCE A. | ) | |
| MCKENNA; CHRISTOPHER PETTET; | ) | |
| VALERIE MITCHELL; DISTRICT COURT | ) | |
| IN FOR OSAGE COUNTY, OKLAHOMA; | ) | |
| DISTRICT COURT FOR TULSA COUNTY, | ) | |
| OKLAHOMA | ) | |
| | ) | |
| Defendants | ) | |

**DEFENDANTS BOKF, N.A.'S CORPORATE DISCLOSURE STATEMENT**

Defendant BOKF, N.A., pursuant to Rule 7007.1-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Northern District of Oklahoma, respectfully states that it is a publicly traded corporation on the NASDAQ Stock Exchange.  No publicly traded corporation directly or indirectly own ten percent (10%) or more of any class of BOKF, N.A.'s equity interest.

Respectfully submitted,

By: _s/John D. Clayman_
        Frederic Dorwart, OBA # 2436

                    J. Michael Medina, OBA # 6113
                    John D. Clayman, OBA # 11790
                    FREDERIC DORWART, LAWYERS
                    124 East Fourth Street, Suite 100
                    Tulsa, Oklahoma 74103
                    Phone: (918) 583-9922
                    Facsimile: (918) 584-2729

*Attorneys for Defendants, BOKF, NA and Scott F. Lehman*

## CERTIFICATE OF SERVICE

I do hereby certify that on January 22, 2015, a true and correct copy of the foregoing document, was filed electronically with the United States Bankruptcy Court for the Northern District of Oklahoma and served via CM-ECF electronic service.

In addition, true and correct copies of the foregoing document were served via e-mail on January 22, 2015, to the following:

| | |
|---|---|
| C. Robert Burton, IV<br>BURTON LAW FIRM<br>1611 South Utica Ave.<br>No. 335<br>Tulsa, Oklahoma 74104-4909 | Bruce A. McKenna<br>MCKENNA & PRESCOTT<br>5801 East 41st Street<br>Suite 501<br>Tulsa, Oklahoma 74135 |
| Robert B. Sartin<br>BARROW & GRIMM<br>110 W. Seventh St.<br>Suite 900<br>Tulsa, Oklahoma 74119 | Steven W. Soule'<br>HALL ESTILL<br>320 S. Boston Ave.<br>Suite 200<br>Tulsa, Oklahoma 74103 |
| Eric M. Daffern<br>Attorney at Law<br>3827 South Florence Ave.<br>Tulsa, Oklahoma 74105-3725 | Ryan T. Scharnell<br>CONNER & WINTERS, LLP<br>4000 One Williams Center<br>Tulsa, OK 74172-0148 |

                    By: *s/John D. Clayman*