IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 11-12457-M |
| LYNCH, STEPHEN NICHOLAS ) | Chapter 7 |
| LYNCH, GWENNA KAY ) | |
| ) | |
| Debtors. ) | |
| ) | |
| _____) | |
| ) | |
| STEPHEN NICHOLAS LYNCH ) | |
| ) | Adv. Case No. 14-AP-01059-TRC |
| ) | |
| Plaintiff/Debtor ) | |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| KENNETH K. KLEIN, et.al. ) | |
| ) | |
| Defendants. ) | |

**ENTRY OF APPEARANCE AND JOINDER AND ADOPTION BY DEFENDANT
C. ROBERT BURTON IN MOTION FILED BY
<u>DEFENDANT PATRICK J. MALLOY, III AT DOCKET NO 45</u>**

C. Robert Burton, IV, pro-se, hereby adopts and fully joins in the motion filed by Defendant Patrick J. Malloy, III at Docket No. 45. C. Robert Burton, IV adopts and joins in this motion as if he made the motion on his own, such that he preserves his right to assert this motions even if it is later withdrawn by Defendant Patrick J. Malloy, III.

 s/Robert Burton
C. Robert Burton
**THE BURTON LAW FIRM**
1611 South Utica Avenue #335
Tulsa, Oklahoma 74104-4909
918-607-4891
RobtBurton@aol.com

**PRO-SE**

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of January 2014, I electronically transmitted the foregoing document to the following:

Martha L. Hyde
The Hyde Law Firm
7854 South 69th East Ave.
Tulsa, OK 74133
918-510-5992
Fax : 918-932-8900
Email: marthalhyde@yahoo.com

Patrick J. Malloy, III
Malloy Law Firm, P.C.
One W. 3rd Street, Suite 1750
Tulsa, OK 74103-3800
(918) 794-4952
Fax : 918-588-1314
Email: malloylawfirm@sbcglobal.net

Robert B. Sartin
Barrow & Grimm, P.C.
110 West 7th Street, Suite 900
Tulsa, OK 74119
918 584-1600
Fax : 918-585-2444
Email: sartin@barrowgrimm.com

Steven W. Soule
Hall, Estill, Hardwick, Gable, etal
320 South Boston Avenue, Suite 200
Tulsa, OK 74103-3706
918 594-0466
Email: ssoule@hallestill.com

John D. Clayman
Frederic Dorwart, Lawyers
124 East Fourth Street, Old City Hall
Tulsa, OK 74103-5010
918-583-9965
Fax : 918-584-2729
Email: jclayman@fdlaw.com

Bruce Alvin McKenna
McKenna & Prescott PLLC
5801 E. 41st Street
Tulsa, OK 74135
918-935-2085
Fax : 918-935-2086
Email: bmckenna@mpoklaw.com


Ryan Todd Scharnell
Conner & Winters
4000 One Williams Center
Tulsa, OK 74172
918-586-5717
Fax : 918-586-8542
Email: rscharnell@cwlaw.com

Dixie Coffey
Oklahoma Attorney General's Office
313 N.E. 21st Street
Oklahoma City, OK 73105
405-521-3921
Fax : 405-521-4518
Email: dixie.coffey@oag.ok.gov

s/Robert Burton