IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

Filed/Docketed
Jan 30, 2015

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 11-12457-M |
| LYNCH, STEPHEN NICHOLAS, | ) | (Chapter 7) |
| LYNCH, GWENNA KAY, | ) | |
| | ) | |
| Debtors, | ) | |
| | ) | |
| STEPHEN NICHOLAS LYNCH, | ) | Adversary Case No. 14-AP-01059-TRC |
| | ) | |
| Plaintiff/Debtor, | ) | |
| v. | ) | |
| | ) | |
| KENNETH K. KLEIN, JUDI KLEIN; | ) | |
| KRISTIN KLEIN DAFFERN; ERIC M. | ) | |
| DAFFERN; KLEINCO RESIDENTIAL | ) | |
| CONSTRUCTION, LLC, AND Oklahoma | ) | |
| Limited Liability Company; ROBERT B. | ) | |
| SARTIN; PATRICK J MALLOY, III; | ) | |
| C. ROBERT BURTON, IV; BOKF, N.A.; | ) | |
| SCOTT F. LEHMAN; CFR, INC., | ) | |
| WESTPORT INSURANCE | ) | |
| CORPORATION; BRUCE A. | ) | |
| MCKENNA; CHRISTOPHER PETTET; | ) | |
| VALERIE MITCHELL; DISTRICT | ) | |
| COURT IN FOR OSAGE COUNTY, | ) | |
| OKLAHOMA; DISTRICT COURT FOR | ) | |
| TULSA COUNTY, OKLAHOMA | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Now on this 30th day of January, 2015, the Motion for Extension of Time to File a Response of Defendants, District Court for Osage County and District Court for Tulsa County, Oklahoma ("District Courts") is hereby GRANTED. District Courts have until February 11, 2015 to file a response to the Plaintiff's Amended Adversarial Complaint.

IT IS SO ORDERED.

January 30, 2015

Judge Tom R. Cornish
United States Bankruptcy Judge